OSCN Found Document:ORDER AUTHORIZING ACCESS TO ELECTRONIC JURY MANAGEMENT SYSTEM

OSCN navigation

Home

Courts

Court Dockets

Legal Research

Calendar

Help

Previous Case

Top Of Index

This Point in Index

Citationize

Next Case

Print Only

ORDER AUTHORIZING ACCESS TO ELECTRONIC JURY MANAGEMENT SYSTEM2015 OK 43Decided: 06/11/2015As Corrected: June 12, 2015THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2015 OK 43, __ P.3d __

FOR PUBLICATION IN OBJ ONLY. NOT RELEASED FOR
PUBLICATION.

Order Authorizing Access to Electronic Jury Management
System

ORDER
The purpose of this order is to effectuate the implementation of the
electronic jury management system developed by Courthouse Technologies, LTD
(CHT) and approved by the Legislature in 38 O.S. Supp. 2015 §18.2.
Title 11 O.S. 2011 §27-120
requires that jurors in the municipal courts shall be selected under the same
terms and conditions as are provided for by law in the district courts, or in
the alternative, pursuant to 38 O.S.
2011 §18.1. Section 27-120 also provides that the clerk of the district
court draws jurors in the same manner as is provided by law for the district
court. Additionally, 11 O.S. 2011
§28-116 also allows municipal criminal courts of record to request a jury be
drawn in the same manner as the district courts and places the duty on the clerk
of the district court to draw a jury for a municipal court in the same manner as
the district court.
Title 38 O.S. Supp. 2015 §18.2 creates an electronic jury management system
developed by Courthouse Technologies, Ltd. (CHT) in the district courts in the
State of Oklahoma to select and summon grand and petit jurors and for the
general administration of the jury process, and for use by the Administrative
Office of the Courts for multi-county grand juries. Section 18.2 does not
expressly include or exclude municipal courts from utilizing the same process as
the district courts. However, because 11 O.S. 2011 §27-120 and 11 O.S. 2011 §28-116 expressly
require the district courts to draw jury pools for municipal court in the same
manner as the district courts, we hereby authorize and approve the use of the
electronic jury management system for municipal courts as well.
It is further Ordered that when a judge of a municipal court makes a written
request to the chief judge of the appropriate district court for a stated number
of jurors pursuant to 11 O.S. 2011
§27-120 or when the presiding judge of a municipal criminal court of record
makes a written request to the presiding judge of the appropriate district court
for a stated number of jurors pursuant to 11 O.S. 2011 §28-116, the district
court may utilize the CHT jury management system to select the names of jurors
and provide the list of potential jurors to the municipal court in electronic
format, and shall not be required to provide written jury lists or prepare juror
summons for the municipal court.
DONE BY ORDER OF THE SUPREME COURT this 11th day of June, 2015.

/S/CHIEF JUSTICE

ALL JUSTICES CONCUR.

Citationizer© Summary of Documents Citing This Document

Cite
Name
Level

None Found.

Citationizer: Table of Authority

Cite
Name
Level

Title 11. Cities and Towns
 CiteNameLevel

 11 O.S. 27-120, Selection and Summons of JurorsDiscussed at Length
 11 O.S. 28-116, Jury List and Jury BoxesDiscussed at Length
Title 38. Jurors
 CiteNameLevel

 38 O.S. 18.1, Alternative Plan for Selection of Jurors With Aid of Mechanical or Electronic MeansCited